FILED

2018 NOV 28  PM 4: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2018 Grand Jury

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>JOHN DOE,<br>     aka "David Jesse Sabala,"<br><br>          Defendant. | SA CR No. 18-00245-JVS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1542: False Statement in a Passport Application; 18 U.S.C. § 1001(a)(2): False Statement to Federal Agency; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |
| --- | --- |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1542]

On or about October 5, 2017, in Orange County, within the Central District of California, defendant JOHN DOE, also known as "David Jesse Sabala" ("DOE"), willfully and knowingly made a false statement in an application for a United States passport, with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to

1  such laws, in that, in such application executed by defendant DOE, he
2  stated that his name was D.J.S., and that his Social Security Number
3  was xxx-xx-5273, whereas, in truth and in fact, as defendant DOE then
4  knew, defendant DOE was not D.J.S., and his Social Security Number
5  was not xxx-xx-5273.

COUNT TWO

[18 U.S.C. § 1001(a)(2)]

On or about May 8, 2018, in Los Angeles County, within the
Central District of California, in a matter within the jurisdiction
of the executive branch of the government of the United States,
specifically, the Department of State, Diplomatic Security Service
("DSS"), defendant JOHN DOE, also known as "David Jesse Sabala"
("DOE"), knowingly and willfully made a materially false, fictitious,
and fraudulent statement and representation, in that defendant DOE
said to DSS special agents that his name was D.J.S., that his Social
Security Number was xxx-xx-5273, and that he did not know why a death
certificate existed in the name of D.J.S., when in truth and in fact,
as defendant DOE then well knew, defendant DOE's name was not D.J.S.,
defendant DOE's Social Security Number was not xxx-xx-5273, and
defendant DOE knew that D.J.S. had died.

COUNTS THREE AND FOUR

[18 U.S.C. § 1028A(a)(1)]

On or about the dates specified below, in Orange County and Los Angeles County, within the Central District of California, defendant JOHN DOE, also known as "David Jesse Sabala" ("DOE"), knowingly transferred, possessed, and used, without lawful authority, means of identification that defendant DOE knew belonged to another person, namely, the name of D.J.S., during and in relation to the offenses of False Statement in a Passport Application, a felony violation of Title 18, United States Code, Section 1542, and False Statement to Federal Agency, a felony violation of Title 18, United States Code, Section 1001(a)(2), as charged in the following counts of this Indictment:

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

4

| COUNT | DATE | FELONY PREDICATE |
|-------|------|------------------|
| THREE | 10/5/17 | COUNT ONE |
| FOUR | 5/8/18 | COUNT TWO |

A TRUE BILL

_____
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL H. AHN
Assistant United States Attorney
Deputy Chief, Santa Ana Branch
Office

BRADLEY E. MARRETT
Assistant United States Attorney
Santa Ana Branch Office